**Order entered August 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00779-CV

**DALLAS AREA RAPID TRANSIT, Appellant**

**V.**

**DONALD ARMSTRONG, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-02528**

## ORDER

We **GRANT** appellee's August 18, 2014 unopposed motion for leave to file brief and

**ORDER** appellee's brief be filed no later than September 2, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE